JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, etc. et al.,,<br><br>        Plaintiff,<br><br>   v.<br><br>LAKE ELSINORE 521, LLC, etc., et al.,<br>        Defendants. | Case No. EDCV 08-1532-VAP (AGRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

    The Court orders that such judgment be entered.

Dated: January 14, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge